UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In Re:                                    ORDER OF DISMISSAL
                                                  FOR
**Tronox Incorporated**             FAILURE TO PROSECUTE
                                          BANKRUPTCY APPEAL

-----------------------------------------------------X    21-CV-9530 JPC

FROM:   VITO GENNA, CLERK
        UNITED STATES BANKRUPTCY COURT
        SOUTHERN DISTRICT OF NEW YORK

TO:     RUBY J. KRAJICK, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Mary Coley
BANKRUPTCY DOCUMENT #: 9565

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

    _X_ FRBP 8009
    ___ Federal Rules of Civil Procedure (Rule _____)
    _X_ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
    ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **June 28, 2022**                          Vito Genna, Clerk
        New York, New York                         U.S. Bankruptcy Court, SDNY

                                            By:    _s/ Anatin Rouzeau_
                                                        Deputy Clerk

                                    ORDER

 For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____June 28_____ 20_22_           _____
        New York, New York                 Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____        Ruby J. Krajick , Clerk
                                                 District Court, SDNY

                                            By: _____
                                                        Deputy Clerk